| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Mary L | District of New Jersey | 07/30/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 402 East State Street Trenton, New Jersey 08608 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Consultors (unpaid position; no fund-raising involved) | Villanova University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG -1 A 10:20 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 07/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | State of New Jersey - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 07/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Education Services, Harrisburg, PA | Student loan (reporting person was co-signer). See Part VIII. | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 07/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PNC Bank of New Jersey - bank accounts | A | Interest | J | T | | | | | |
| 2. ▬▬ Trust. Trustee: National City Bank of PA | C | Dividend | M | T | See note | | | | |
| 3. Merrill Lynch CMA Account | A | Interest | J | T | | | | | |
| 4. BlackRock Global Allocation Fund, Class B (IRA) | A | Dividend | | | Sold | 5-11 | J | | |
| 5. College Savings (Trustee) | | None | M | T | See note | | | | |
| 6. AllianceBernstein Balanced Shares Fund | A | Dividend | J | T | | | | | |
| 7. MFS Total Return Fund, Class B (IRA) | A | Dividend | | | Sold | 4-23 | K | | |
| 8. MFS Total Return Fund, Class B (not IRA) | A | Dividend | | | Sold | 6-15 | K | B | |
| 9. Putnam Fund for Growth & Income | A | Dividend | | | Sold | 10-25 | J | A | |
| 10. American Balanced Fund | B | Dividend | L | T | | | | | |
| 11. Davis Appreciation & Income Fund, Class B | | None | | | Sold | 2-28 | K | | |
| 12. Eaton Vance Balanced Fund | B | Dividend | K | T | | | | | |
| 13. MFS Total Return Fund, Class C (not IRA) | B | Dividend | K | T | | | | | |
| 14. BlackRock Global Allocation Fund, Class C (not IRA) | C | Dividend | L | T | Buy add'l | 10-25 | J | | |
| 15. BlackRock Asset Allocation Portfolio B (not IRA) | A | Dividend | K | T | | | | | |
| 16. ING Balanced Fund, Class B (IRA) | A | Dividend | | | Sold | 5-1 | J | | |
| 17. Oppenheimer Quest Balanced Fund (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L | 07/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  MSF Total Return Fund, Class A (not IRA) | A | Dividend | | | Sold | 6-15 | J | B | |
| 19.  BlackRock Global Allocation Fund, Class A (IRA) | A | Dividend | J | T | Buy | 5-11 | J | | |
| 20.  MFS Total Return Fund, Class A (IRA) | B | Dividend | K | T | Buy | 4-23 | K | | |
| 21.  Davis Appreciation & Income Fund, Class A | A | Dividend | K | T | Buy | 2-28 | K | | |
| 22.  ING Balanced Fund, Class A (IRA) | A | Dividend | J | T | Buy | 5-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI, line 1: In 1999, reporting person co-signed a student loan for a non-relative who was a family friend at the time. This obligation was a contingent liability of the reporting person, which we understood to be non-reportable in these disclosure reports as long as it remained only a contingent liability. The primary debtor defaulted in 2007, and the holder of the note accelerated the loan and demanded payment. The reporting person immediately paid the full amount of the liability in 2007, and the student loan was cancelled. This is therefore a non-recurring liability that will not appear on future disclosure reports.

Part VII, line 2: ▮▮▮ trust; trustee is National City Bank of Pa. The separate assets are not described because of the type of trust. This trust (1) was not created directly by the reporting person, ▮▮▮▮▮▮▮▮▮ and (2) the reporting person, ▮▮▮▮▮▮▮▮▮ have no knowledge of the holding or sources of income.

Part VII, line 4: This asset was sold in its entirety. The proceeds were reinvested in the asset listed in Part VII, line 19 of this report. No gain or loss resulted.

Part VII, line 5: College savings are held in a separate Section 529 Merrill Lynch account, transferred to the reporting person as trustee upon the death of ▮ ▮▮▮▮▮ in 2001. The funds are invested at the discretion of the portfolio manager, and may accrue value but do not bear interest.

Part VII, line 7: This asset was sold in its entirety. The proceeds were reinvested in the asset listed in Part VII, line 20 of this report. No gain or loss resulted.

Part VII, line 8: This asset was sold in its entirety. The proceeds were liquidated, and reportable gain resulted.

Part VII, line 9: This asset was sold in its entirety. The proceeds were reinvested in the asset listed in Part VII, line 14 of this report. Reportable gain resulted because the two assets were not in the same family of funds.

Part VII, line 11: This asset was sold in its entirety. The proceeds were reinvested in the asset listed in Part VII, line 21 of this report. No gain or loss resulted.

Part VII, line 13: This is the same asset listed in Part VII, line 13 of the prior year Disclosure Report. We have added the designation "not IRA" to distinguish it from other assets reported here.

Part VII, line 15: This is the same asset listed in Part VII, line 16 of the prior year Disclosure Report. We have added the designation "not IRA" to distinguish it from other assets reported here.

Part VII, line 16: This asset was sold in its entirety. The proceeds were reinvested in the asset listed in Part VII, line 22 of this report. No gain or loss resulted.

Part VII, line 18: This asset was sold in its entirety. The proceeds were liquidated, and reportable gain resulted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544